**BUSINESS INFORMATION**
DIEGO MORALES
INDIANA SECRETARY OF STATE
03/01/2024 01:04 PM

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **WAL-MART STORES EAST, LP** | Business ID: | **2001111900027** |
| Entity Type: | **Foreign Limited Partnership** | Business Status: | **Active** |
| Creation Date: | **11/16/2001** | Inactive Date: | |
| Principal Office Address: | **702 SW 8th Street, Bentonville, AR, 72716, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Delaware** | Business Entity Report Due Date: | **11/30/2025** |
| Original Formation Date: | **11/09/2001** | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| General Partner | WSE MANAGEMENT, LLC | 702 SW 8th Street, Bentonville, AR, 72716, USA |
| President | Tim Skinner | 702 SW 8th St., Bentonville, AR, 72716, USA |
| Senior Vice President | Emma Waddell | 702 SW 8th Street, Bentonville, AR, 72716, USA |
| Senior Vice President | Gordon Y. Allison | 702 SW 8TH STREET, Bentonville, AR, 72716, USA |
| Vice President | Jessica Rancher | 702 SW 8TH STREET, Bentonville, AR, 72716, USA |
| Senior Vice President & Assistant Treasurer | Michael Cook | 702 SW 8TH STREET,, Bentonville, AR, 72716, USA |
| Vice President & Assistant Treasurer | Matthew Allen | 702 SW 8TH STREET, Bentonville, AR, 72716, USA |
| Asst. Secretary | Sarah Little | 702 SW 8TH STREET, Bentonville, AR, 72716, USA |
| Asst. Secretary | Geoffrey Edwards | 702 SW 8TH STREET, Bentonville, AR, 72716, USA |

## Registered Agent Information

| | |
|---|---|
| Type: | **Business Commercial Registered Agent** |
| Name: | **C T CORPORATION SYSTEM** |
| Address: | **334 North Senate Avenue, Indianapolis, IN, 46204, USA** |