45D04-2401-CT-000055

Lake Superior Court, Civil Division 4

Filed: 1/11/2024 1:23 PM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CONTINUOUS TERM 2024 |
| LINDA DE LA ROSA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.: |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

### COUNT I – NEGLIGENCE

Comes now the Plaintiff, LINDA DE LA ROSA, by and through counsel, ARMAN G. SARKISIAN of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for her cause of action against the Defendant, WAL-MART STORES EAST, LP, alleges and states as follows:

1. That the Defendant, WAL-MART STORES EAST, LP, is a for-profit business entity organized and/or licensed to operate in the State of Indiana.

2. That the events complained of occurred at or near the premises located at 1100 5th Ave, Hammond, IN 46320, located in Lake County, Indiana (hereinafter the "Subject Premises").

3. That at all times relevant herein, the Defendant, WAL-MART STORES EAST, LP, owned, leased, managed or otherwise was in exclusive possession of the Subject Premises.

4. That at all relevant times herein the Plaintiff, LINDA DE LA ROSA, was a business invitee, legally on or at the Subject Premises.

5. That at all relevant times herein, the Defendant, WAL-MART STORES EAST, LP, oversaw, managed, and/or maintained the interior of the Subject Premises, specifically the aisles and walkways.

1

6. That at all relevant times herein, the Defendant, WAL-MART STORES EAST, LP, was in control and management of the exterior of the Subject Premises, including the aisles and walkways, and had a duty to operate and maintain the Subject Premises in a reasonably safe condition for invitees.

7. That on or about August 21, 2023, the Plaintiff, LINDA DE LA ROSA, was an invitee on the Subject Property, when an unsafe condition was allowed to exist in and on the aisles and walkways of the premises.

8. That on said date, an accumulation of packaging material was present in an aisle and walkway causing the Plaintiff, LINDA DE LA ROSA, to slip, trip, fall, and/or suffer injury.

9. That the accumulation of packaging material in the aisles and walkways of the Subject Premises is a dangerous condition to invitees.

10. That the Defendant, WAL-MART STORES EAST, LP, knew or should have known of the existence of the dangerous condition of the Subject Premises prior to the Plaintiff's injury.

11. That the Defendant, WAL-MART STORES EAST, LP, did not do anything to the Subject Premises to free it from the dangerous condition, including but not limited to warning invitees of such condition(s), including the Plaintiff.

12. That the Defendant, WAL-MART STORES EAST, LP, failed to exercise the degree of care in the maintenance and operation of the Subject Premises as should have been exercised by a person or entity of ordinary prudence under the same or similar circumstances, all of which constitutes negligence.

13. That such negligence was the proximate cause of Plaintiff's injuries.

14. That the Defendant, WAL-MART STORES EAST, LP, by and through its agents,

was careless and negligent in the following manner, including but not limited to:

    a.    It knew or should have known, by the exercise of reasonable care, of the unsafe condition(s) that existed on its premises, and should have realized that the unsafe condition(s) created an unreasonable risk of harm to invitees;

    b.    It failed to exercise reasonable care to protect and/or warn the Plaintiff against the aforementioned dangers and unsafe condition(s);

    c.    It failed to warn the Plaintiff of any potential defects, dangers, unsafe conditions, and the like on the Subject Premises; and/or

    d.    It allowed an accumulation of packaging material on the Subject Premises, thereby creating dangerous conditions for its invitees.

15. That as a direct and proximate result of the negligence of the Defendant, WAL-MART STORES EAST, LP, the Plaintiff sustained physical injuries.

16. That as a direct and proximate result of the negligence of the Defendant, WAL-MART STORES EAST, LP, the Plaintiff incurred medical expenses and other costs.

17. That as a direct and proximate result of the negligence of the Defendant, WAL-MART STORES EAST, LP, the Plaintiff experienced physical pain, mental anguish, and the loss of enjoyment of life due to her personal injuries, among other harms and losses, some of which may be permanent and ongoing.

WHEREFORE, the Plaintiff, LINDA DE LA ROSA, prays for judgment against the Defendant, WAL-MART STORES EAST, LP, in a just and proper sum, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

/s/ Arman G. Sarkisian
Arman G. Sarkisian (28767-64)
**SARKISIAN, SARKISIAN & ASSOC., P.C.**
Attorneys for Plaintiff
3645 Willowcreek Road
Portage, Indiana 46368
219-762-7718
Arman@Sarklawfirm.com

## MOTION FOR TRIAL BY JURY

Comes now the Plaintiff, LINDA DE LA ROSA, by and through counsel, Arman G. Sarkisian of SARKISIAN, SARKISIAN, & ASSOCIATES, P.C., and requests a trial by jury.

Respectfully submitted,

/s/ Arman G. Sarkisian
Arman G. Sarkisian (28767-64)
**SARKISIAN, SARKISIAN & ASSOC., P.C.**
Attorneys for Plaintiff
3645 Willowcreek Road
Portage, Indiana 46368
219-762-7718
Arman@Sarklawfirm.com